UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No.  05-80638

v.                                                  District Judge Lawrence P. Zatkoff
                                                     Magistrate Judge R. Steven Whalen

JAHMAL WHITFIELD,

    Defendant.

_____/

**ORDER**

Before the Court is Defendant's Motion for Revocation of Detention Order[1] [Docket #8], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A).  For the reasons stated on the record on August 30, 2005,

IT IS ORDERED that Defendant's Motion for Revocation of Detention Order is DENIED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  August 31, 2005

CERTIFICATE OF SERVICE

---

[1] On July 5, 2005, Magistrate Judge Majzoub ordered Defendant detained pending trial [Docket #4].

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 31, 2005.

S/G.K.Wilson
Judicial Assistant