UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 05-80638
vs.                                 HON. LAWRENCE ZATKOFF

JAHMAL WHITFIELD,

        Defendant.
_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the
United States Courthouse, in the City of Port Huron,
State of Michigan, on November 16, 2007

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

This matter is before the Court on Defendant's duplicate Motions to Amend Judgment of Conviction or Clarify Record (Docket Nos. 53 and 54). Defendant asks the Court to enter an order to amend the Judgment to reflect that Defendant's conviction "does not, nor has ever reflected 'Felon in Possession of a Firearm' pursuant to Title Code 18 U.S.C. 3582(a), 3621 et seq and 3662(A)."

**II. OPINION**

Defendant's Motions are frivolous. The first issue the Jury addressed in deciding this case was whether Defendant was guilty of "Felon in Possession of a Firearm." The Jury unanimously

found Defendant guilty of Felon in Possession of a Firearm. Accordingly, the Court concludes that, despite Defendant's hope, one of Defendant's convictions clearly and expressly was for "Felon in Possession of a Firearm." Defendant's Motions are therefore DENIED.

### III. CONCLUSION

Accordingly, and as set forth above, it is HEREBY ORDERED that Defendant's Motions to Amend Judgment of Conviction or Clarify Record are DENIED.

IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: November 16, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 16, 2007.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290